| Attorney or Party without Attorney:<br>LAW OFFICES OF JOHN L. BURRIS<br>JOHN L. BURRIS (SBN 69888)<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND , CA 94621<br>     Telephone No: 510-839-5200<br><br>     Attorney For:  Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Northern District of California |
|---|

| Plaintiff:  CHRISTOPHER RAMOS, an individual |
|---|
| Defendant: COUNTY OF ALAMEDA, a municipal corporation; et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:19-CV-05715-DMR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU

3. a. Party served:     COUNTY OF ALAMEDA
   b. Person served:   RHONDA BAILEY, DEPUTY CLERK OF THE BOARD, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   1221 OAK STREET ROOM 536, OAKLAND, CA 94612

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Dec 30 2019 (2) at: 04:26 PM

6. **Person Who Served Papers:**
   a. Jeff Higley (913, Contra Costa)
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. **The Fee** for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/31/2019
(Date)                                                                (Signature)



PROOF OF SERVICE

4130460
(7679277)